

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2021

No. 04-20-00374-CR

Robert Francis **BILUNAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B19-83
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief was originally due by November 5, 2020, and after receiving two thirty-day extensions of time, his brief was currently due by January 4, 2021.  On that day, appellant filed a motion requesting an additional thirty days to file his brief.  After consideration, we **GRANT** appellant's motion and **ORDER** appellant to file his brief **by February 2, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2021.

_____
Michael A. Cruz,
Clerk of Court